■ In the Matter of the General Assignment for the Benefit of Creditors of BOWLEY & TRAVERS, INC., Appellant, to HERMAN COHEN, Respondent. HAROLD BOWLEY et al., Appellants; IRVING P. DINERMAN, Respondent.— Motion by

respondent to dismiss appeal, denied with leave to renew on the argument of the appeal. Cross motion by appellants to amend the record or to submit an appendix, denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.